# NOTICE OF CHANGE OF ADDRESS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR -6 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

Plaintiff Antonio McKinney, appearing pro se, respectfully notifies the Court and all parties that his mailing address has changed.

Effective immediately, Plaintiff requests that all future correspondence, notices, and filings in this matter be sent to the following address:

NEW ADDRESS

Antonio McKinney

46 Fourth St

Auburn ME 04210

Email:Manabm03@gmail.com

The prior address previously on file with the Court should no longer be used for service or correspondence.

Plaintiff respectfully requests that the Clerk of Court update the docket and records to reflect this change of address.

*[signature]*

CV-00355-SDN
CV-00365-SDN
CV-00367-SDN
CV-00368-SDN
CV-00370-SDN